In the Matter of the Application of Charles W. Bauby for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

In the Matter of the Application of Jesse F. Orton for Admission to the Bar. — Application granted. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

John F. Tolson, Respondent, v. The National Provident Union, Appellant.— Judgment and order affirmed, with costs, on the opinion of Mr. Justice Carr at Special* Term. (Reported in 60 Misc. Rep. 460.) Woodward, Jenks, Gaynor and Miller, JJ., concurred.

In the Matter of the Application of the Board of Rapid Transit Railroad Commissioners for the City of New York for the Appointment of Three Commissioners, etc. Brooklyn and Manhattan Loop Lines, Brooklyn Sections.— The order of this court, granted January 25, 1907, will be made to conform to the order now in force in the first department. The application of the Public Service Commission for the first district, as the successor of the board of rapid transit railroad commissioners for the city of New York, for the abrogation of the condition contained in our order is, therefore, denied, but the time limit contained in said order is extended until October 15, 1911. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Joseph Biehl, Appellant, v. Erie Railroad Company, Respondent.— Order affirmed on argument, with ten dollars costs and disbursements. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Edward W. Brown and James W. Shaw, Appellants, v. Retsof Mining Company, Respondent. (Action No. 5.) — Judgment affirmed on argument, with costs. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Henry H. Petze, Appellant, v. Daniel J. Leary, Respondent.— Judgment affirmed on argument, with costs. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

The People of the State of New York, Respondent, v. John Barrett, Appellant.— Judgment of the County Court of Suffolk county affirmed. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Title Guarantee and Trust Company, Appellant, v. John F. Carroll, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Louis H. Meht, Respondent, v. Lena Meht, Appellant.— Motion granted and case set down for Wednesday, January 20, 1909. Present — Woodward, Gaynor, Rich and Miller, JJ. Jenks, J., taking no part.

William Tabachnick, Appellant, v. Leopold Brand, Respondent.— We have

*Trial.—[REP.